UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERRELL T. CASBY                                    CIVIL ACTION

VERSUS                                              NO. 20-3009

JAMES LEBLANC, *et al.*                             SECTION M (5)

## ORDER

Having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 13), and the failure of any party to file an objection to the Report and Recommendation, the Court hereby approves the Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that plaintiff's claim under the Religious Land Use and Institutionalized Persons Act is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 8th day of June, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE