UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRELL T. CASBY | CIVIL ACTION |
| VERSUS | NO. 20-3009 |
| JAMES LEBLANC, *et al.* | SECTION M (5) |

## ORDER & REASONS

On June 14, 2021, this Court amended its final judgment under Rule 60(a) of the Federal Rules of Civil Procedure to allow Casby the opportunity to brief the issue of whether he is entitled to court costs.[1]  Casby was ordered to "submit a memorandum on or before July 14, 2021, arguing (1) why he is entitled to court costs and (2) stating, with supporting documentation, the amount of his court costs."[2]  Casby did not file any such memorandum by the indicated deadline.  A *pro se* litigant is not exempt from compliance with relevant rules and court-ordered deadlines. *Jones v. FJC Sec. Servs., Inc.*, 612 F. App'x 201, 203 (5th Cir. 2015); *Birl v. Estelle*, 660 F.2d 592, 593 (5th Cir. 1981).  Therefore, having failed to file the memorandum, Casby has not carried his burden of proof as to an award of court costs.  Accordingly,

IT IS ORDERED that Casby's request for court costs[3] is DENIED WITH PREJUDICE.

New Orleans, Louisiana, this 23rd day of July, 2021.

                                                      BARRY W. ASHE
                                                      UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 17.
[2] *Id.* at 2.
[3] R. Doc. 16 at 3.